**GORDON & REES**
**SCULLY MANSUKHANI, LLP**
Keith J. Murphy, Esq. (Attorney ID: 033602005)
18 Columbia Turnpike, Suite 220
Florham Park, New Jersey 07932
Phone: (973) 549-2500
Fax:  (973) 377-1911
kmurphy@grsm.com
*Attorneys for Plaintiff*
*US Specialty Insurance Company*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| US SPECIALTY INSURANCE COMPANY, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 2:18-cv-13286 |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA NATIONAL INSURANCE. | : | |
| | : | |
| Defendants | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## <u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

Plaintiff, US Specialty Insurance Company, provide notice under F.R.C.P. 41(a)(1)(A)(ii)

that all claims asserted against Defendant Pennsylvania National Insurance are dismissed without

prejudice. Each party shall bear their own fees, costs, and expenses.

Dated:  October 20, 2020

| | |
|---|---|
| **GORDON & REES** | **KINNEY, LISOOVICZ REILLY &** |
| **SCULLY MANSUKHANI, LLP** | **WOLFF, PC.** |
| */s/ Keith J. Murphy* | */s/ Kevin E. Wolff* |
| Keith J. Murphy, Esq. | Kevin E. Wolff, Esq. |
| Attorneys for Plaintiff | Attorneys for Defendant Penn National |
| US Specialty Insurance Company | Insurance Company |

**SO ORDERED.**
**s/Susan D. Wigenton**
Hon. Susan D. Wigenton
United States District Judge
Dated: October 21, 2020